# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-30602
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 30, 2020

Lyle W. Cayce
Clerk

KARL DEAN PENTECOST,

> Plaintiff - Appellant

v.

LOUISIANA SAFETY ASSOCIATION OF TIMBERMEN SELF INSURERS FUND,

> Defendant - Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:18-CV-1610

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* Fifth Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.